DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VBX, INC.,**
Appellant,

v.

**SKY FLY UNIVERSAL, INC., COOL & START AVIATION, INC.,**
**ANDREA ROJAS** a/k/a **MARIA ANDREA ROJAS, SANDRA ROJAS** and
**DAVID ROJAS,**
Appellees.

No. 4D18-2073

[February 28, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. 16-16421 CACE 08.

Allison L. Friedman of Allison L. Friedman, P.A., Aventura, for appellant.

Robert Rossano of The Law Offices of Robert Rossano, P.A., Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***